# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 51 WM 2016
:
Respondent :
:
:
:
:
v. :
:
:
:
MICHAEL TODD TORAN, JR., :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of June, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.